UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AUDREY F. GIOVANETTI, in her individual and representative capacity as Trustee – Audrey F. Giovanetti Trust; et al.,<br><br>    Defendants. | No.  2:14-cv-1063 JAM AC<br><br>ORDER ON DISCOVERY |

Having read the parties' "Joint Stipulation" (ECF No. 13), IT IS HEREBY ORDERED THAT defendants shall, as stipulated therein, "respond fully to all discovery requests not concerning the financial status, ability, or wherewithal of the Stipulating Defendants within 14 days" of this order.[1]

DATED: July 27, 2015.

                                          /S/
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that the remaining stipulations of ECF No. 13 represent only private agreements between the parties, since they were not approved or "so ordered" by the court. See E.D. Cal. R. 143(b).

1