UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

AUDREY F. GIOVANETTI, in her individual and representative capacity as Trustee-Audrey F. Giovanetti Trust; DONNIE JOHN; and Does 1-10,

    Defendants.

Case No.: 2:14-CV-01063-JAM-AC

[~~proposed~~] Order

Having read the Ex Parte documents and the Declaration of Plaintiff's counsel, having heard oral argument at the April 19, 2016, Status Conference, and for good cause shown, the Court orders the following:

1. Settlement in this matter is vacated and the case is hereby returned to the active calendar;

2. The parties shall submit a Joint Statement re Case Status on / before May 3, 2016;

1. 3. ~~The Court sets and Order to Show Cause re Defendants' failure to appear at the April 19, 2016, Status Conference for _____, 2016;~~ *JAM*

4. The Court awards sanctions to Plaintiff's counsel in the amount of $2260, per the Declaration of Amanda Lockhart.

**IT IS SO ORDERED.**

Date: 4-27-2016        By: _____

The Honorable John A. Mendez

United States District Court Judge